UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RODNEY BEITZ,

        Plaintiff,

  v.

Civil Action No. 12-CV-06079

CREDIT BUREAU COLLECTION SERVICES, INC

        Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Rodney Beitz, hereby voluntarily dismisses this action against Defendant Credit Bureau Collection Services, Inc. with prejudice.


DATED:    May 21, 2012

*/s/ Seth J. Andrews*
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884